# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 29, 2015

## NO. 03-13-00060-CV

**Homer Alvarado and Valania Alvarado, Appellants**

**v.**

**The Abijah Group, Inc., d/b/a and f/k/a Baker Surveying and Engineering, Inc., Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on December 21, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.